UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| DERRICK NICHOLS, ) | |
| ) | |
| Plaintiff, ) | 3:11-cv-00124-LRH-VPC |
| ) | |
| v. ) | |
| ) | O R D E R |
| MICHAEL J. ASTRUE, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#18[1]) entered on March 1, 2012, recommending granting Defendant's Motion to Dismiss (#9) filed on July 1, 2011. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#18) entered on March 1, 2012, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#18)

---

[1]Refers to court's docket number.

1 entered on March 1, 2012, is adopted and accepted, and Defendant's Motion to Dismiss (#9) is
2 **GRANTED**.  Plaintiff's complaint is **DISMISSED with prejudice**.

4    IT IS SO ORDERED.

5    DATED this 28th day of March, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE